An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD WILLIAM MARTIN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65568

**FILED**

JUN 12 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal. Third Judicial District Court, Lyon County; David A. Huff, Judge.

In his notice of appeal, appellant designates a decision entered on April 18, 2014. However, this court's review of the documents before this court indicates that no decision was entered on April 18, 2014. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.[1]

_____, J.
Pickering

_____ J.
Parraguirre

_____, J.
Saitta

---

[1]We have received the proper person documents submitted in this matter, and we conclude that no relief is warranted for the reason set forth above.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-19325

cc: Hon. David A. Huff, District Judge
Richard William Martin
Attorney General/Carson City
Lyon County District Attorney
Third District Court Clerk